# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael Coffey, et al. | Case No. 2:24-cv-01304-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| United States Government, | |
| Defendant. | |

On July 22, 2024, this Court screened Plaintiff's complaint and recommended it be dismissed with leave to amend. ECF No. 3. The Court noted Plaintiff (1) had not explained how the prohibition against the use of methamphetamine *substantially* burdened his exercise of religion and (2) could not represent the Church of Arctura while appearing pro se.

Plaintiff filed a First Amended Complaint and no longer names the Church of Arctura as a plaintiff. ECF No.5. But the First Amended Complaint still does not explain how the prohibition against the use of methamphetamine *substantially* burdens his exercise of religion. Plaintiff must provide facts that support that element of his claim. As a result, the Cort will dismiss his First Amended Complaint with leave to amend.

If Plaintiff chooses to file an amended complaint, the document must be titled "Second Amended Complaint." The Second Amended Complaint must contain a short and plain statement describing the underlying case and the defendant's involvement in the case. *See* Fed. R. Civ. P. 8(a)(2). Additionally, Plaintiff is advised that if he files a Second Amended Complaint, the previous complaints (ECF Nos. 4 and 5) no longer serve any function in this case. As such, the Second Amended Complaint must be complete in and of itself without reference to prior pleadings or other documents. The Court cannot refer to a prior pleading or other documents to make Plaintiff's amended complaint complete.

## I.   CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's First Amended Complaint (ECF No. 5) is dismissed without prejudice.

**IT IS FURTHER ORDERED** that if Plaintiff wishes to file a Second Amended Complaint, he must do so by September 2, 2024. Failure to comply with this order will result in a recommendation that this case be dismissed.

DATED: August 2, 2024

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE