UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL COFFEY, <br><br>　　　　Plaintiff, <br>vs. <br><br>UNITED STATES GOVERNMENT, <br><br>　　　　Defendant. | Case No.: 2:24-cv-01304-GMN-BNW <br><br>**ORDER ADOPTING** <br>**REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 7), from United States Magistrate Judge Brenda Weksler, which recommends that this action be dismissed for failure to comply with a court order.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 7) (setting a September 23, 2024, deadline for objections).

| | |
|---|---|
| 1 | Accordingly, |
| 2 | **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is |
| 3 | **ACCEPTED and ADOPTED** in full. |
| 4 | **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice. |
| 5 | The Clerk of Court is kindly requested to close out this case. |
| 6 | Dated this 24th day of September, 2024. |

_____
Gloria M. Navarro, District Judge
United States District Court